IN THE UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | | |
|---|---|---|
| JORGE TOMAS DE PAZ-ESCOBAR; ANTONIO DE JESUS, RICARDO CABRERA-GALLARDO; PEDRO HERNANDEZ; EVERADO LIZARRAGA-QUINTERO, | ) ) ) ) ) | Civil Case No. 07-895-KI |
| | ) | ORDER OF DISMISSAL |
| Plaintiffs, | ) ) | |
| vs. | ) ) | |
| KENNETH MUSKEVITSCH; ROSEBUD CONSTRUCTION, INC., an Oregon corporation; AB & KH CONSTRUCTION LLC, an Oregon limited liability company, | ) ) ) ) ) | |
| Defendants. | ) ) ) | |

D. Michael Dale
Law Office of D. Michael Dale
P. O. Box 1032
Cornelius, Oregon 97113-1032

Page 1 - ORDER OF DISMISSAL

Meg Heaton
Northwest Workers' Justice Project
917 S. W. Oak Street, Suite 426
Portland, Oregon  97205-2837

      Attorneys for Plaintiff

Kenneth Muskevitsch
P. O.  BOX 3
Molalla, Oregon  97038

      Pro Se Defendant


KING, Judge:

The Court, having been presented with Plaintiffs' Motion to Dismiss Kenneth Muskevitsch and Rosebud Construction, Inc. (# 85), and having previously entered a default judgment against Northridge Remodeling Co. and AB & KH Construction LLC  dated June 29, 2009,

The Court, being fully apprised in the matter:

IT IS HEREBY ORDERED that defendants Kenneth Muskevitsch and Rosebud Construction, Inc. are hereby dismissed with prejudice.

Dated this   13th   day of July, 2009.

      /s/ Garr M. King
      Garr M. King
      United States District Judge

Page 2 - ORDER OF DISMISSAL